(132 So. 923)

**Elisha ROBINSON v. STATE.**

8 Div. 98.

Court of Appeals of Alabama.
March 3, 1931.

SAMFORD, J.
Affirmed.

(134 So. 924)

**Horace ROBINSON v. STATE.**

6 Div. 960.

Court of Appeals of Alabama.
May 5, 1931.

SAMFORD, J.
Appeal dismissed.

(138 So. 925)

**Robert ROBINSON v. STATE.**

6, Div. 37.

Court of Appeals of Alabama.
Dec. 15, 1931.

SAMFORD, J.
Appeal dismissed.

(132 So. 923)

**Tom ROBINSON v. STATE.**

8 Div. 240.

Court of Appeals of Alabama.
Feb. 24, 1931.

BRICKEN, P. J.
Affirmed.

(137 So. 925)

**Bill ROLOPH, Jr., v. CITY OF PHENIX CITY.**

4 Div. 819.

Court of Appeals of Alabama.
Nov. 5, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(133 So. 925)

**Frances ROUNSARVILLE v. STATE.**

8 Div. 264.

Court of Appeals of Alabama.
March 31, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(133 So. 926)

**F. D. RUSSO, alias, etc., v. STATE.**

1 Div. 945.

Court of Appeals of Alabama.
April 14, 1931.

Luther W. Maples, of Gulfport, Miss., for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.
Affirmed on authority of T. Williams v. State, ante, p. 225, 133 So. 736; T. Williams v. State, 222 Ala. 584, 133 So. 737.